1  Frank E. Schimaneck, Esq. (SBN 73912)
   Susan E. Foe, Esq. (SBN 148730)
2  DRYDEN, MARGOLES, SCHIMANECK & WERTZ
   A Law Corporation
3  505 Sansome Street, Sixth Floor
   San Francisco, California 94111
4  Telephone:    (415) 362-6715
   Facsimile:    (415) 362-0638
5
6  Attorneys for Defendant
   JLG Industries, Inc.
7  (sued herein as Doe 1)

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        (San Francisco Division)

11

| | |
|---|---|
| YU LIAN TAN; ZHI BIN PENG, | ACTION NO. 3:10-cv-03570-EDL |
| Plaintiff, | *[Removed from San Francisco Superior, Action No. CGC-10-500548]* |
| v. | |
| COAST CRANE COMPANY; OSHKOSH SPECIALTY VEHICLES, INC.; XI SHAN ZHU, KWAN WO IRONWORKS, INC.; and Does 1 to 70, inclusive | **DEFENDANT JLG INDUSTRIES, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| Defendants. | Complaint filed: June 8, 2010 |

19       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations) or other

21  entities (I) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding:

24       •    **Oshkosh Corporation, a Wisconsin corporation.**

25  DATED:   August 19, 2010            **DRYDEN, MARGOLES, SCHIMANECK**
                                        **& WERTZ**
26
                                        /s/ *Susan E. Foe*
27                         By:          _____
                                        Susan E. Foe
28                                      Attorneys for Defendant
                                        JLG Industries, Inc. (sued herein as Doe 1)

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

DEFENDANT JLG INDUSTRIES, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

*Tan vs. Coast Crane Company, et al.; USDC Action No.: 3:10-cv-03570-EDL*

*Tan v. JLG Industries, Inc.*
*USDC-CAED Action No. 3:10-cv-03570-EDL*

## PROOF OF SERVICE

The undersigned declares: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111. On the date shown below I served the following document:

- **DEFENDANT JLG INDUSTRIES, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

| ATTORNEY FOR: | ATTORNEY: |
| --- | --- |
| *Attorneys for Plaintiffs Yu Lian Tan, Zhi Bin Peng* | John Fitzpatrick Vannucci, Esq.<br>Law Offices of John Fitzpatrick Vannucci<br>100 Montgomery Street, 16th Floor<br>San Francisco, California  94104<br>Tel: (415) 981-7500 • Fax: (415) 981-5700<br>Email: jfv@jfvlaw.com |
| *Attorneys for Coast Crane Company* | Michael J. Kracht, Esq.<br>Murphy, Pearson, Bradley & Feeney<br>88 Kearny Street, Suite 1000<br>San Francisco, CA 94108<br>Tel: (415) 788-1900 • Fax: (415) 393-8087<br>Email: mkracht@mpbf.com |

**X**   **MAIL:** I placed a true and correct copy thereof in a sealed envelope and caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

**X**   **EMAIL/PACER/ECF:** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted above via ECF/PACER and email pursuant to General Order 45.

**X**   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**X**   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *August 19, 2010*, at San Francisco, California.

*Linda Benson*

DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715