IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YU LIAN TAN, et al.,

    Plaintiffs,

  v.

COAST CRANE COMPANY, et al.,

    Defendants.
_____/

No. C-10-3570 MMC

**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF DOCUMENTS**

    On October 15, 2010, the above-titled action was reassigned to the undersigned.

    To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the party that filed the documents identified below to submit forthwith a chambers copy:

    (1) Notice of Removal and Declaration of Susan E. Foe in Support of Removal of Action, filed August 13, 2010 by defendant JLG Industries, Inc. ("JLG");

    (2) Notice to Counsel of Filing of Answer, filed August 19, 2010 by JLG; and

    (3) Answer to Complaint, filed September 27, 2010 by defendant Coast Crane Company.

    **IT IS SO ORDERED.**

Dated: October 22, 2010

                                      MAXINE M. CHESNEY
                                      United States District Judge