IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU LIAN TAN, ZHI BIN PENG, | No. C-10-3570 MMC |
| Plaintiffs, | **ORDER RE: STIPULATION TO ALLOW COMPLAINT IN INTERVENTION** |
| v. | |
| COAST CRANE COMPANY, et al., | |
| Defendants. | |

    The Court is in receipt of a document titled "Stipulation to Allow Complaint in Intervention" and marked as "Courtesy Copy - Do Not File." To date, none of the parties hereto, nor the proposed intervening party, has filed said document with the Clerk of the Court. See Civil L.R. 5-1(a) (providing original of document shall be filed with Clerk of Court); General Order 45 (VI)(A) (providing "all documents required to be filed with the Clerk shall be filed electronically).

    The parties are hereby informed that the above-described stipulation will not be made part of the record herein unless and until it is filed with the Clerk pursuant to the Civil Local Rules and General Orders of this District.

    **IT IS SO ORDERED.**

Dated: June 21, 2011

MAXINE M. CHESNEY
United States District Judge