1  William S. Kronenberg - 133730
   Matthew J. Kracht - 249076
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendant
   COAST CRANE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 Yu Lian Tan, Zhi Bin Peng,            Case No.: 3:10-cv-03570 ~~EDL~~  MMC

12     Plaintiff,                        [Removed from San Francisco Superior, Action No. CGC-10-500548]

13 v.
                                         **[PROPOSED]** ORDER GRANTING
14 Coast Crane Company, Oshkosh Specialty   **MATTHEW J. KRACHT'S MOTION TO**
   Vehicles, Inc., Xi Shan Zhu, Kwan Wo Ironworks,  **WITHDRAW AS COUNSEL FOR**
15 Inc., and Does 1 to 70, inclusive,      **DEFENDANT**

16     Defendants.                        ~~Date:   December 14, 2012~~
                                          **Time:  9:00 am**
17                                        **Judge: The Hon. Maxine M. Chesney**

18

19

20     Matthew J. Kracht, of Murphy, Pearson, Bradley & Feeney, seeks to withdraw as counsel for

21 Defendant Coast Crane Company in the above-captioned litigation pursuant to Local Rule 11-5(a) and

22 Cal. R. Prof. Conduct 3-700(A)(1).  As this Court finds that Mr. Kracht has submitted satisfactory

23 reasoning for withdrawal, ~~and~~ that the granting of his Motion will not cause substantial prejudice or

24 delay to any party, and no opposition to the motion having been filed, the Court VACATES the hearing
   scheduled for December 14, 2012, and hereby GRANTS the motion.
25 ///

26 ///

27 ///

28 ///

- 1 -

[PROPOSED] ORDER GRANTING MATTHEW J. KRACHT'S
MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

1  IT IS HEREBY ORDERED that Matthew J. Kracht, of Murphy, Pearson, Bradley & Feeney is
2  hereby terminated as counsel for Defendant Coast Crane Company in this proceeding, and Kevin P.
3  Cody, of Ropers, Majeski, Kohn & Bentley, is hereby substituted as counsel for Defendant.

6  DATED: November 27, 2012              By: _____
7                                             Hon. Maxine M. Chesney
                                               United States District Court

14  MJK.20497293.doc

[PROPOSED] ORDER GRANTING MATTHEW J. KRACHT'S
MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT