William S. Kronenberg - 133730
Matthew J. Kracht - 249076
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendant
COAST CRANE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Yu Lian Tan, Zhi Bin Peng,<br><br>    Plaintiff,<br><br>v.<br><br>Coast Crane Company, Oshkosh Specialty Vehicles, Inc., Xi Shan Zhu, Kwan Wo Ironworks, Inc., and Does 1 to 70, inclusive,<br><br>    Defendants. | Case No.: 3:10-cv-03570-~~EDL~~ MMC<br><br>[Removed from San Francisco Superior, Action No. CGC-10-500548]<br><br>**[PROPOSED] ORDER GRANTING WILLIAM S. KRONENBERG'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>~~Date: January 4, 2013~~<br>**Time: 9:00 am**<br>**Judge: The Hon. Maxine M. Chesney** |

William S. Kronenberg, of Murphy, Pearson, Bradley & Feeney, seeks to withdraw as counsel for Defendant Coast Crane Company in the above-captioned litigation pursuant to Local Rule 11-5(a) and Cal. R. Prof. Conduct 3-700(A)(1). As this Court finds that Mr. Kronenberg has submitted satisfactory reasoning for withdrawal, ~~and~~ that the granting of his Motion will not cause substantial prejudice or delay to any party, and no opposition to the motion having been filed, the Court VACATES the hearing scheduled for January 4, 2013 and hereby GRANTS the motion.

///

///

///

- 1 -

[PROPOSED] ORDER GRANTING WILLIAM S. KRONENBERG'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

IT IS HEREBY ORDERED that William S. Kronenberg, of Murphy, Pearson, Bradley & Feeney is hereby terminated as counsel for Defendant Coast Crane Company in this proceeding.

DATED: December 14, 2012        By: _____
                                    Hon. Maxine M. Chesney
                                    United States District Court

MJK.20508483.doc

- 2 -
[PROPOSED] ORDER GRANTING WILLIAM S. KRONENBERG'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT