**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11  YU LIAN TAN, et al.,                                No. C-10-3570 MMC

12          Plaintiffs,                         **ORDER DIRECTING PLAINTIFFS TO
                                                SUBMIT CHAMBERS COPY OF**
13       v.                                     **DOCUMENTS IN COMPLIANCE WITH
                                                CIVIL LOCAL RULES AND THE**
14  COAST CRANE COMPANY, et al.,                **COURT'S STANDING ORDERS**

15          Defendants.
                                        /
16

17          On December 21, 2012, plaintiffs filed opposition to defendant Coast Crane

18  Company's motion for summary judgment, as well as a declaration in support of the

19  opposition.  Plaintiffs have violated the Civil Local Rules of this District and the Court's

20  standing orders, however, by failing "to provide for chambers a paper copy of each

21  document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7);

22  see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney

23  ¶ 2.

24          Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the

25  Court's Standing Orders by immediately submitting a chambers copy of the above-

26  referenced documents.  Plaintiffs are hereby advised that if they fail in the future to comply

27  with the Court's Standing Order to provide a chambers copy of each electronically-filed

28  document, the Court may impose sanctions, including, but not limited to, striking from the

1    record any electronically-filed document of which a chambers copy has not been timely

2    provided to the Court.

3        **IT IS SO ORDERED.**

4

5    Dated:  December 28, 2012

6                                                            MAXINE M. CHESNEY
                                                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2