IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YU LIAN TAN, et al.,

    Plaintiffs,

  v.

COAST CRANE COMPANY, et al.,

    Defendants.
                                  /

No. C-10-3570 MMC

**ORDER GRANTING DEFENDANT JLG'S MOTION FOR SUMMARY JUDGMENT; VACATING HEARING**

     Before the Court is defendant JLG Industries, Inc.'s ("JLG") "Motion for Summary Judgment and/or for Summary Adjudication," filed January 10, 2013.  Plaintiffs Yu Lian Tan and Zhi Bin Peng have filed "Non-Opposition to Defendant JLG's Motion for Summary Judgment"; JLG has filed a reply.

     Having read and considered the papers filed in support of and in response to the motion, the Court deems the matter suitable for decision on the parties' respective written submission, VACATES the hearing scheduled for February 15, 2013, and hereby GRANTS the motion, as unopposed.

     Accordingly, JLG shall have judgment in its favor as against plaintiffs.

     **IT IS SO ORDERED.**

Dated:  February 11, 2013

                                                  MAXINE M. CHESNEY
                                                  United States District Judge