**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   YU LIAN TAN, et al.,                      No. C-10-3570 MMC

12              Plaintiffs,                     **ORDER VACATING FEBRUARY 15, 2013
                                                HEARING ON DEFENDANT COAST
13     v.                                       CRANE COMPANY'S MOTION FOR
                                                SUMMARY JUDGMENT**
14   COAST CRANE COMPANY, et al.,

15              Defendants.
     _____/

16

17        Before the Court is defendant Coast Crane Company's ("Coast Crane") Motion for

18   Summary Judgment, or in the Alternative Partial Summary Judgment, filed December 6,

19   2012.  Plaintiffs Yu Lian Tan and Zhi Bin Peng have filed opposition, to which Coast Crane

20   has replied.  Plaintiffs, with leave of court, have filed a surreply, to which Coast Crane has

21   replied.  Having read and considered the papers filed in support of and in opposition to the

22   motion, the Court deems the matter suitable for decision on the parties' respective written

23   submissions, and hereby VACATES the hearing scheduled for February 15, 2013.

24        **IT IS SO ORDERED.**

25

26   Dated:  February 12, 2013

27                                              MAXINE M. CHESNEY
                                                United States District Judge

28