IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU LIAN TAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>COAST CRANE COMPANY, et al.,<br><br>   Defendants. | No. C-10-3570 MMC<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES; DIRECTIONS TO PARTIES** |

Before the Court is plaintiffs' Notice of Settlement, filed March 21, 2013, in which plaintiffs state they have reached a settlement with defendant Coast Crane Company ("Coast Crane"), that the "settlement must include resolution of [a] lien," and, further, that the parties are "attempting to negotiate with the lienholder." (See Notice at 2.) In light of such circumstances, plaintiffs, on behalf of themselves and Coast Crane, request the Court vacate the pretrial conference and trial dates.

Good cause appearing, the April 2, 2013 pretrial conference date and the April 15, 2013 trial date are hereby VACATED.

Plaintiffs and Coast Crane are hereby DIRECTED to file, no later than May 17, 2013, a Joint Status Report apprising the Court as to the status of the settlement.

**IT IS SO ORDERED.**

Dated:  March 22, 2013

_____
MAXINE M. CHESNEY
United States District Judge