IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YU LIAN TAN, et al.,

    Plaintiffs,

v.

COAST CRANE COMPANY, et al.,

    Defendants.
_____/

No. C-10-3570 MMC

**ORDER DIRECTING PARTIES TO FILE UPDATED JOINT STATUS REPORT**

    Before the Court is parties' Joint Status Conference Statement, filed May 23, 2013, in which they have advised the Court that plaintiffs' efforts to reach a settlement with the lienholder have not, to date, resulted in a resolution of the lien and, thereby, the above-titled action.

    As further reported, however, negotiations are continuing, and, in light thereof, the parties are hereby DIRECTED to file, no later than July 3, 2013, an updated Joint Status Report, apprising the Court as to the status of the settlement. If a global settlement has not been reached by said date, the parties are further DIRECTED to apprise the Court therein as to a time frame within which the parties, including the lienholder, are available to participate in a settlement conference to be conducted by a magistrate judge.

    **IT IS SO ORDERED.**

Dated:  June 4, 2013

                                      MAXINE M. CHESNEY
                                      United States District Judge