IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YU LIAN TAN, et al.,

        Plaintiffs,

  v.

COAST CRANE COMPANY, et al.,

        Defendants.
                                       /

No. C-10-3570 MMC

**ORDER DIRECTING PARTIES TO FILE UPDATED JOINT STATUS REPORT**

Before the Court is plaintiffs' Further Status Report, filed July 19, 2013.

In previous filings, the parties had advised the Court that although plaintiffs had reached a settlement with the remaining defendant, plaintiff and the lienholder had been unable to reach a resolution. In the Further Status Report, plaintiffs advise the Court that the lienholder recently waived its asserted lien, and plaintiffs estimate the settlement between plaintiffs and the remaining defendant will be finalized within thirty days of July 19, 2013.

In light of the circumstances described in the Further Status Report, the parties are hereby DIRECTED to file, no later than August 23, 2013, an updated Joint Status Report, apprising the Court as to the status of the settlement, in the event a dismissal has not been filed by said date.

**IT IS SO ORDERED.**

Dated: August 1, 2013

                                                      MAXINE M. CHESNEY
                                                      United States District Judge