IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU LIAN TAN, et al., | No. C-10-3570 MMC |
|       Plaintiffs,<br>v. | **ORDER DIRECTING PARTIES TO FILE UPDATED JOINT STATUS REPORT** |
| COAST CRANE COMPANY, et al., | |
|       Defendants. | |

Before the Court is plaintiffs' Further Status Report, filed September 4, 2013.

In previous filings, the parties had advised the Court that plaintiffs had reached a settlement with the remaining defendant, and that additional time was needed to finalize the settlement. In the Further Status Report, plaintiffs advise the Court that additional time is needed to obtain a notarized signature from a party residing in China.

In light of the circumstances described in the Further Status Report, the parties are hereby DIRECTED to file, no later than October 11, 2013, an updated Joint Status Report, apprising the Court as to the status of the settlement, in the event a dismissal has not been filed by said date.

**IT IS SO ORDERED.**

Dated: September 6, 2013

                                                      MAXINE M. CHESNEY
                                                    United States District Judge