Law Offices of John Fitzpatrick Vannucci
100 Montgomery Street, Suite 1600
San Francisco, CA  94104
Tel:  (415) 981-7500
Fax:  (415) 981-5700

JOHN FITZPATRICK VANNUCCI (State Bar #174329)
Attorney for Plaintiffs YU LIAN TAN and ZHI BIN PENG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Yu Lian Tan, Zhi Bin Peng,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　　　v.<br><br>Coast Crane Company, Oshkosh Specialty Vehicles, Inc., Xi Shan Zhu, Kwan Wo Ironworks, Inc., and Does 1 to 70, inclusive<br><br>　　　　　　　Defendants. | Case No.: 3:10-cv-03570-~~EDL~~  MMC<br><br>ORDER APPROVING **STIPULATION** ~~AND (PROPOSED)~~ ~~ORDER~~ **TO DISMISS F.R.CIV.P. 41(A) (2)**<br><br><br>Courtroom: 7<br>Judge: Honorable Maxine M. Chesney |

　　　The parties have arrived at a mutually agreeable resolution of this action, and hereby stipulate and request the action as against defendant COAST CRANE COMPANY be dismissed with prejudice, the parties to this stipulation to bear their own attorney fees, costs and litigation expenses of every kind, pursuant to F.R.Civ.P.41(a)(2). This stipulation may be signed in counterpart.

[Stipulation and signatures on following page(s)]

　　　　　IT IS SO STIPULATED

STIPULATION AND ORDER TO DISMISS

| | | |
|---|---|---|
| 1 | DATED: 10-29-13 | LAW OFFICES OF JOHN FITZPATRICK VANNUCCI |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | John Fitzpatrick Vannucci |
| 6 | | Attorneys for Plaintiffs Yu Lian Tan, Zhi Bin Peng |
| 7 | | |
| 8 | DATED: 10.28.2013 | ROPERS MAJESKI KOHN & BENTLEY |

By: _____
Kevin P. Cody Esq, Counsel for Defendant
COAST CRANE COMPANY.

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: October 30, 2013

_____
HONORABLE MAXINE M. CHESNEY

---

2
STIPULATION AND ORDER TO DISMISS